IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN GEORGE COILTON,** | CIV S 05-0333 DFL PAN P |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **A. K. SCRIBNER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on July 17, 2005.

Dated:   June 21, 2005.

```
                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge
```